IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Charles Randolph, Jr.,<br><br>        Plaintiff,<br><br>  vs.<br><br>Dir. Crayman Harvey; Major Jovan Haynes;<br>Thomas H. Bartels; City of Columbia Police<br>Department,<br><br>        Defendants. | Civil Action No. 9:25-cv-13355-CMC<br><br>**ORDER** |

This matter is before the court on Plaintiff's Complaint filed November 7, 2025. Dkt. No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), D.S.C., the matter was referred to United States Magistrate Judge Molly H. Cherry for pre-trial proceedings.

The Magistrate Judge issued a Proper Form Order on April 8, 2026, notifying Plaintiff of the need to file documents necessary to bring his case into proper form for issuance and service of process. Dkt. No. 6. Plaintiff failed to respond. On May 20, 2026, the Magistrate Judge entered a Report and Recommendation ("Report") recommending this matter be dismissed without prejudice for failure to comply with a court order and failure to prosecute. Dkt. No. 10. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so.[1]  Plaintiff failed to file objections, and the time to do so has expired.

---

[1] Plaintiff's copy of the Report was returned to the court as undeliverable. Plaintiff failed to update his address with the court, and no forwarding address was provided. Dkt. No. 13.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court is required to review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After a review of the record, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error, and agrees this matter should be dismissed. Accordingly, the court adopts the Report by reference in this Order. This matter is dismissed without prejudice.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
June 24, 2026

2